**In the Matter of Jerry Michael HOLLANDER, Jr.; Sheila Story Hollander, Debtors.**

**Robert Sigillito; Rhonda Sigillito, Appellees**

v.

**Jerry Michael Hollander, Jr.; Sheila Story Hollander, Appellants**

No. 14–31229.

United States Court of Appeals, Fifth Circuit.

May 3, 2016.

Edward Hank Arnold, III, Esq., Benjamin West Janke, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., New Orleans, LA, for Appellees.

Joseph Lee McReynolds, Esq., Senior Trial Attorney, Deutsch Kerrigan, L.L.P., New Orleans, LA, Roy Stuart Lilley, Esq., Covington, LA, for Appellants.

Before HIGGINBOTHAM, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.